RAYMOND STURINO, Respondent, v NINO TRIPICCHIO & SON LAND-SCAPING et al., Appellants.

Submitted December 14, 2009; decided January 19, 2010

Reported below, 65 AD3d 1327.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.